IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HIDEICHI WATANABE, INDIVIDUALLY AND AS CO-PERSONAL REPRESENTATIVE OF THE ESTATE OF MASUMI WATANABE, DECEASED; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KIRK M. LANKFORD; et al., <br><br> Defendants. | Civ. No. 09-00199 SPK-LEK |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION

A Findings and Recommendation was filed and served on all parties on December 14, 2009, and no objections were filed. Accordingly, pursuant to 28 U.S.C. § 636(b)(1)(C) and LR 74.2, the "Findings and Recommendation to Deny Plaintiffs' Motion for Remand" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 15, 2010.



_____
Samuel P. King
Senior United States District Judge